IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 0:10-180-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ISAAC NOLAN JOYNER | ) | |
| _____ | ) | |

As a result of this court's revocation of the defendant's term of supervised release, the court ordered the defendant to be incarcerated with the Federal Bureau of Prisons for a term of two days. The court also directed that the defendant self-report to the United States Marshals Office in Columbia, South Carolina, on Friday, January 3, 2014.

Today, this court was informed that the Marshals Service will not be available to release the defendant on Sunday, January 5, 2014, at the conclusion of the two-day sentence. For this reason, and in an effort to prevent the defendant from serving an extra day in prison not called for by this court's December 20, 2013 judgment, the defendant's reporting date is hereby delayed from Friday, January 3, 2014 to Monday, January 6, 2014. All other terms and conditions of the judgment (ECF No. 54) remain in full force and effect.

IT IS SO ORDERED.

January 2, 2014  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge